Daniel S. Lubell (DL-7932)
Jeffrey S. Margolin (JM-4853)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000
Counsel for Judith Whittaker

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>WORLDCOM, INC. et al.,<br><br>        Reorganized Debtors. | Chapter 11<br><br>Case No. 02-13533 (AJG)<br>(Jointly Administered) |

## AMENDED NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a)(1), Ms. Judith Whittaker ("Ms. Whittaker") hereby appeals to the United States District Court for the Southern District of New York from the Order Granting Reorganized Debtors' Objection to Proof of Claim No. 3785 filed by Judith Whittaker (the "Order"), dated April 11, 2007 [Docket No. 18812] entered in the above-referenced proceeding. A copy of the Order is attached hereto as Exhibit A.

This Notice of Appeal amends, relates back to, and supersedes the Notice of Appeal, dated April 5, 2007 [Docket No. 18801] of the (i) Opinion Granting Reorganized Debtors' Objection To Proof Of Claim No. 3785, Filed by Judith Whittaker (the "Opinion"), dated March 27, 2007 [Docket No. 18790]; and (ii) Errata Order, dated April 3, 2007 [Docket No. 18799] as the Order appealed from incorporates the Opinion and the Errata Order.

The parties to this appeal and their respective counsel are identified hereto as:

NY 1148576_1.DOC

**Appellant and Counsel**

**Ms. Judith Whittaker**

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000
Attn:   Daniel S. Lubell, Esq.
         Jeffrey S. Margolin, Esq.

*Attorneys for Ms. Judith Whittaker*

**Appellees and Counsel**

**MCI, L.L.C., et al., the Reorganized Debtors**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Attn:   Marcia L. Goldstein, Esq.
         Lori R. Fife, Esq.
         Alfredo R. Perez, Esq.
         Adam P. Strochak, Esq.

*Attorneys for MCI, L.L.C., et al., the Reorganized Debtors*

      Ms. Whittaker reserves the right to further amend this Notice of Appeal.

Dated:  New York, New York
         April 12, 2007

                                        Respectfully submitted,

                                        HUGHES HUBBARD & REED LLP

                                        By: _____
                                          Daniel S. Lubell (DL-7932)
                                          Jeffrey S. Margolin (JM-4853)
                                          One Battery Park Plaza
                                          New York, New York 10004-1482
                                          (212) 837-6000

                                          Counsel for Judith Whittaker

2

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11
                                                            :
WORLDCOM, INC., et al.,                                     :   Case No. 02-13533 (AJG)
                                                            :
                                                            :   (Jointly Administered)
            Debtors.                                        :
------------------------------------------------------------x


### ORDER GRANTING REORGANIZED DEBTORS' OBJECTION
### TO PROOF OF CLAIM NO. 3785, FILED BY JUDITH WHITTAKER

The Court having considered the Reorganized Debtors' Objection to Proof of Claim No. 3785, Filed by Judith Whittaker (the "Objection") and all the pleadings submitted by the parties in connection therewith; and having held hearings on November 16, 2004 and June 20, 2006; and having considered the documents and testimony admitted into evidence and the arguments of the parties; and having rendered a decision in an opinion dated March 27, 2007, and entered on the docket as entry 18790, it is hereby

ORDERED that, for the reasons set forth in the Court's Opinion dated March 27, 2007, the Objection is granted; and it is further

ORDERED that Proof of Claim number 3785 is an allowed general unsecured claim; and it is further

ORDERED that, the Reorganized Debtors having paid Proof of Claim number 3785 as a Class 6 general unsecured claim pursuant to the terms of a Stipulation

and Order dated December 28, 2004 and entered on the docket at entry 14789, Proof of

Claim number 3785 is expunged with no further payment.

Dated: New York, New York
      April 11, 2007

                                        /S/ Arthur J. Gonzalez
                                        UNITED STATES BANKRUPTCY JUDGE