Daniel S. Lubell (DL-7932)
Jeffrey S. Margolin (JM-4853)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
(212) 237-6000
Counsel for Judith Whittaker

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| WORLDCOM, INC. et al., | |
| Reorganized Debtors. | Case No. 02-13533 (AJG) (Jointly Administered) |

### DESIGNATION OF ITEMS FOR INCLUSION IN RECORD OF APPEAL

Ms. Judith Whittaker ("Ms. Whittaker"), by and through her undersigned counsel, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby designates the record in support of the Amended Notice of Appeal [Docket No. 18813] to the United States District Court for the Southern District of New York from the Order Granting Reorganized Debtors' Objection to Proof of Claim No. 3785 filed by Judith Whittaker, dated April 11, 2007 [Docket No. 18812], entered by the United States Bankruptcy Court for the Southern District of New York in the above-referenced proceeding.

### Designation of Items to Be Included in the Record on Appeal[1]

1.  Debtors' Notice of Rejection of Executory Contracts, dated September 19, 2003 (Docket No. 9016).

2.  Debtors' Modified Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated October 21, 2003 (Docket No. 9525).

---

[1] Each designated item shall also include any exhibits to such item.

3.  Order Confirming Debtors' Modified Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated October 21, 2003 signed by Hon. Arthur J. Gonzalez on October 31, 2003 (Docket No. 9686).

4.  Objection of Judith Whittaker to Notice of Rejection of MCI Communications Corporation Board of Directors Deferred Compensation Plan, dated January 23, 2004 (Docket No. 10606).

5.  Debtors' Objection to Proof of Claim Number 3785 Filed by Judith Whittaker, dated September 2, 2004 (Docket No. 12359).

6.  Notice of Presentment of Order Authorizing Withdrawal of Notice of Rejection with Respect to MCI Communications Corporation Board of Directors Deferred Compensation Plan of Judith Whittaker, dated October 12, 2004 (Docket No. 12815).

7.  Objection And Response of Judith Whittaker To (i) Debtors' Objection To Proof of Claim Number 3785 And (ii) Debtors' Withdrawal Of Notice of Rejection; And Motion of Judith Whittaker To Compel Discovery And Payment of Undisputed Claim Amounts, dated October 14, 2004 (Docket No. 12904).

8.  Reorganized Debtors' Seventy-Ninth Omnibus Objection to Proofs of Claim (No Amount Due Claims, and, as Applicable, Late Filed Claims and Subordinated Claims), dated October 18, 2004 (Docket No. 13070).

9.  Judith Whittaker's Motion For Reconsideration Regarding Order Authorizing Withdrawal Of Notice Of Rejection With Respect To MCI Communications Deferred Compensation Plan, dated November 1, 2004 (Docket No. 13315).

10. Stipulation and Order Relating to Debtors' Objection to Claim Numbered 3785 signed by Hon. Arthur J. Gonzalez on December 28, 2004 (Docket No. 14749).

11. Reorganized Debtors' Pre-Hearing Memorandum Regarding Objection to Claim No. 3785 of Judith Whittaker, dated May 23, 2006 (Docket No. 18279).

12. Statement of Undisputed Facts Relating to Debtors' Objection to Claim No. 3785 of Judith Whittaker, dated May 23, 2006 and Exhibits A through J thereto (Docket No. 18280).

13. Judith Whittaker's Pre-Hearing Memorandum Regarding Objection to Claim No. 3785, dated June 13, 2006 (Docket No. 18331).

14. Letter from Daniel S. Lubell, Esq. to Hon. Arthur J. Gonzalez, dated June 26, 2006 (Docket No. 18398).

15. Transcript of Hearing Held Before Hon. Arthur J. Gonzalez on June 20, 2006 (Docket No. 18792).

16. Opinion Granting Reorganized Debtors' Objection to Proof of Claim No. 3785, Filed by Judith Whittaker signed by Hon. Arthur J. Gonzalez on March 27, 2007 (Docket No. 18790).

17. Errata Order signed by Hon. Arthur J. Gonzalez on April 3, 2007 (Docket No. 18799).

18. Exhibits 1 through 5 admitted into evidence and referenced in the Transcript of the Hearing on June 20, 2006 (Docket No. 18817).

Ms. Whittaker reserves the right to amend this Designation of Items for Inclusion in Record on Appeal.

Dated:  New York, New York
        April 16, 2007

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: _____
Daniel S. Lubell (DL-7932)
Jeffrey S. Margolin (JM-4853)
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Counsel for Judith Whittaker