WEIL, GOTSHAL & MANGES LLP
Attorneys for Reorganized Debtors
767 Fifth Avenue
New York, NY  10153-0119
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007
Marcia L. Goldstein, Esq. (MG 2606)
Lori R. Fife, Esq. (LF 2839)
Alfredo R. Perez, Esq.
Adam P. Strochak, Esq. (AS 4104)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **WORLDCOM, INC., et al.,** | : | |
| | : | Case No. 02-13533  (AJG) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

**REORGANIZED DEBTORS/APPELLEES' COUNTER-DESIGNATION OF**
**ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

With regard to the Amended Notice of Appeal dated April 12, 2007, filed by the Appellant, Judith Whittaker, which has been designated as Docket No. 18813 in the above-captioned cases, Reorganized Debtor Verizon Business Global, LLC (formerly known as WorldCom, Inc, and MCI, Inc.) submits this counter-designation of items to be included in the record on appeal pursuant to Federal Rule of Bankruptcy Procedure 8006 and Rule 8007-1 of the Local Bankruptcy Rules for the Southern District of New York.

**Documents Filed in the United States Bankruptcy Court
for the Southern District of New York**

A. Transcript of Hearing Held Before Hon. Arthur J. Gonzalez on November 16, 2004 (Docket No. 15846).[1]

B. Notice of Appeal, dated April 5, 2007 (Docket No. 18801).

C. Order Granting Reorganized Debtors' Objection to Proof of Claim No. 3785 filed by Judith Whittaker, dated April 11, 2007 (Docket No. 18812).

D. Amended Notice of Appeal, dated April 12, 2007 (Docket No. 18813).

Dated: April 26, 2007
New York, New York

                                                Respectfully submitted,

                                                Marcia L. Goldstein, Esq. (MG 2606)
                                                Lori R. Fife, Esq. (LF 2839)
                                                Alfredo R. Pérez, Esq.
                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, NY 10153-0119
                                                Telephone: (212) 310-8000
                                                Facsimile: (212) 310-8007

                                                and

                                                */s/ Adam P. Strochak*
                                                Adam P. Strochak, Esq.
                                                WEIL, GOTSHAL & MANGES, LLP
                                                1501 K Street, NW Suite 100
                                                Washington, DC 20005
                                                Telephone: (202) 682-7000
                                                Facsimile: (202) 857-0939

                                                Attorney for Reorganized Debtors

---

[1] The transcript of the hearing held on November 16, 2004 was incorrectly dated *October* 16, 2004.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of April, 2007 a copy of the foregoing Reorganized Debtors/Appellees' Counter-Designation of Items to be Included in the Record on Appeal was sent by electronic and overnight mail to the party listed below:

Daniel S. Lubell    (lubell@hugheshubbard.com)
Jeffrey S. Margolin    (margolin@hugheshubbard.com)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
(212) 237-6000

Counsel for Judith Whittaker

                                                        /s/ Sophia Nuon