UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH WHITTAKER,

                       Appellant,

-v.-

VERIZON BUSINESS GLOBAL LLC, as successor to Reorganized Debtor, MCI COMMUNICATIONS CORPORATION,

                       Appellee.

S.D.N.Y. No. 1:07-cv 3408

## CERTIFICATE OF SERVICE

I, Jeffrey S. Margolin, do hereby certify that I am over the age of 18 and not a party to this action and that on the 15th day of June, 2007, I did cause to be served by Electronic Mail true and correct copies of Ms. Judith Whittaker's Initial Brief on Appeal of Order Granting Reorganized Debtors' Objection to Proof of Claim No. 3785 Filed by Judith Whittaker on:

Marcia L. Goldstein, Esq.
Lori R. Fife, Esq.
Alfredo Perez, Esq.
Adam Strochak, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
marcia.Goldstein@weil.com
lori.fife@weil.com
alfredo.perez@weil.com
adam.strochak@weil.com

I further certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       June 15, 2007

                                                _____
                                                Jeffrey S. Margolin

NY 1166177_1.DOC