

# Hughes
# Hubbard

**MEMO ENDORSED**

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Daniel S. Lubell
Direct Dial: 212-837-6892
lubell@hugheshubbard.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/19/07
```

June 15, 2007



BY HAND DELIVERY

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1040
New York, NY  10007

      Re:    Judith Whittaker v. Verizon Business Global LLC, as
successor to Reorganized Debtor, MCI Communications
Corporation, Case No. S.D.N.Y. No. 1:07-cv 3408

Dear Judge Cote:

      We are counsel for Appellant, Judith Whittaker, in an appeal from an Order of the United States Bankruptcy Court for the Southern District of New York in the above-captioned matter.

      The purpose of this letter is to request that the Court accept the Appellant's brief of 33 pages (excluding tables of authorities and contents).

      Because we are appealing an Order of the Bankruptcy Court, Appellant's brief must include a discussion of the facts and proceedings below.  The brief also addresses four questions on appeal, each with several related issues.  Moreover, in addition to bankruptcy law issues, the disposition of this appeal may depend on interpretation of New York law.  Therefore, a discussion of New York law was required.

      We have made a concerted effort to compress the length of this brief, but believe we have reached the stage in which removing further content would prejudice the integrity of our arguments.  In this regard, Rule 8010(c) of the Federal Rules of Bankruptcy Procedure provides

The Honorable Denise L. Cote												2

that principal appellate briefs shall not exceed 50 pages.[1] We respectfully request that the Court apply Rule 8010(c), and that your Honor's Individual Practices not be considered an Order of the District Court to the contrary.

    Thank you for your consideration.

Respectfully submitted,

Daniel S. Lubell

cc:  Adam Strochak, Esq.

*Granted.*

*Denise Cote*
*June 19, 2007*

---

[1] "Unless the district court or the bankruptcy appellate panel by local rule or order otherwise provides, principal briefs shall not exceed 50 pages, and reply briefs shall not exceed 25 pages, exclusive of pages containing the table of contents, tables of citations and any addendum containing statutes, rules, regulations, or similar material." Fed. R. Bankr. Proc. 8010(c).