```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:                                          :   Chapter 11
                                                :
    WORLDCOM, INC., et al.,                 :   Case No. 02-13533
                                                :
                   Reorganized Debtors.      :   (Jointly Administered)
                                                :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JUDITH WHITTAKER,                               :
                                                :   S.D.N.Y. No.
                                                :
                   Appellant,               :   1:07-cv-3408 (PC)
    -against-                                  :
                                                :
                                                :
MCI, INC.                                       :
                                                :
            Reorganized Debtor - Appellee.  :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION AND ORDER EXTENDING TIME TO FILE BRIEFS**

      Appellant Judith Whittaker ("Whittaker") and Appellee Verizon Business Global, LLC (formerly known as WorldCom, Inc. and MCI, Inc.),("Verizon") hereby stipulate that Whittaker's time for filing her brief, as provided by Fed. R. Bankr. P. 8009(a)(1), in the above-referenced appeal, shall be extended to, and including, June 15, 2007, pursuant to Fed. R. Bank. P. 9006(b).

      Whittaker and Verizon further stipulate that Verizon's time for filing its response brief, as provided by Fed. R. Bankr. P 8009(a)(2), in the above-referenced appeal, shall be extended to, and including, July 13, 2007, pursuant to Fed. R. Bank. P. 9006(b).

2

Whittaker and Verizon further stipulate that Whittaker's time for filing her reply brief, as provided by Fed. R. Bankr. P. 8009(a)(3), in the above-referenced appeal, shall be extended to, and including, August 10, 2007, pursuant to Fed. R. Bank. P. 9006(b).

This Stipulation is without prejudice to either party seeking, via stipulation or motion, a further enlargement of the foregoing time periods.

Dated: New York, New York
May 15, 2007

Hughes Hubbard & Reed LLP

By: _____
Daniel S. Lubell (DL-7932)
Jeffrey S. Margolin (JM-4853)

One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Judith Whittaker

Weil, Gotshal & Manges LLP

By: _____
Adam P. Strochak (AS-4104)

1300 Eye Street NW, Suite 900
Washington, D.C. 20005
(202) 682-7000

-and-

Marsha L. Goldstein (MG-2606)
Lori R. Fife (LF-2839)
Alfredo R. Pérez,

767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Attorneys for the Reorganized Debtors

Dated: New York, New York
May___, 2007

So Ordered:

_____
United States District Judge
June 19, 2007