UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH WHITTAKER,

                      Appellant,

-v.-

VERIZON BUSINESS GLOBAL LLC, as successor to Reorganized Debtor, MCI COMMUNICATIONS CORPORATION,

                      Appellee.

S.D.N.Y. No. 1:07-cv 3408

## CERTIFICATE OF SERVICE

      I, Jeffrey S. Margolin, do hereby certify that I am over the age of 18 and not a party to this action and that on the 10th day of August, 2007, I did cause to be served by Electronic Mail true and correct copies of Ms. Judith Whittaker's Reply Brief on Appeal of the Bankruptcy Court's Order Granting Reorganized Debtors' Objection to Proof of Claim No. 3785 filed by Judith Whittaker on:

Marcia L. Goldstein, Esq.
Lori R. Fife, Esq.
Alfredo Perez, Esq.
Adam Strochak, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
marcia.Goldstein@weil.com
lori.fife@weil.com
alfredo.perez@weil.com
adam.strochak@weil.com

      I further certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       August 10, 2007

                                                     /s/ Jeffrey S. Margolin
                                                      Jeffrey S. Margolin