# Hughes
# Hubbard

**MEMO ENDORSED**

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Daniel S. Lubell
Direct Dial: 212-837-6892
lubell@hugheshubbard.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/07
```

August 10, 2007

**BY HAND DELIVERY**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

Re:   <u>Judith Whittaker v. Verizon Business Global LLC</u>, Case No. S.D.N.Y. No. 1:07-cv 3408

Dear Judge Cote:

    We are counsel for Appellant, Judith Whittaker, in an appeal from an Order of the United States Bankruptcy Court for the Southern District of New York in the above-captioned matter.

    The purpose of this letter is to request that the Court accept the Appellant's reply brief of 19 pages (excluding tables of authorities and contents).

    Our reply brief responds to several interwoven issues of bankruptcy and New York law addressed in Appellee's opening brief. We have made a concerted effort to compress the length of the reply brief, but believe we have reached the stage in which removing further content would prejudice the integrity of our arguments. In this regard, Rule 8010(c) of the Federal Rules of Bankruptcy Procedure provides that reply briefs shall not exceed 25 pages.[1] We respectfully request that the Court apply Rule 8010(c), and that your Honor's Individual Practices not be considered an Order of the District Court to the contrary.

*Granted.*
*Denise Cote*
*August 20, 2007*

---

[1] "[R]eply briefs shall not exceed 25 pages, exclusive of pages containing the table of contents, tables of citations and any addendum containing statutes, rules, regulations, or similar material." Fed. R. Bankr. Proc. 8010(c).