UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE WORLDCOM, INC
-----------------------------------------------------------X
JUDITH WHITTAKER,

                Appellant,

    -against-

MCI, LLC,

                Appellee.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07
```

07 CIVIL 3408 (DLC)

**JUDGMENT**

    Appellant having appealed from a judgment of the United States Bankruptcy Court for the Southern District of New York (Gonzalez, J.), and the matter having come before the Honorable Denise Cote, United States District Judge, and the Court, on September 14, 2007, having rendered its Opinion and Order affirming the decision of the bankruptcy court, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 14, 2007, the decision of the bankruptcy court is hereby affirmed; accordingly, the case is closed.

**Dated:** New York, New York
          September 14, 2007

                                        J. MICHAEL McMAHON
                                           Clerk of Court

                      BY:
                                                Deputy Clerk

                                        THIS DOCUMENT WAS ENTERED
                                        ON THE DOCKET ON _____